**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ONAJITE TIVE-DENEDO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2425-G** |
| | ) | |
| **WARDEN F. FIGUEROA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER TO CURE DEFICIENCY**

The Court has received Petitioner's Petition for Writ of Habeas Corpus. Doc. 1. However, Petitioner has not paid the required $5.00 filing fee or, alternatively, filed a motion to proceed in forma pauperis. Petitioner must cure this deficiency **not later than October 5, 2026**. Failure to do so may result in dismissal of this action. *See* LCvR3.2. The Clerk of the Court is directed to send to Petitioner any form necessary for compliance with this Order.

**IT IS SO ORDERED** this 14th day of September, 2026.

Chris M. Stephens
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE