**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ONAJITE TIVE-DENEDO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2425-G** |
| | ) | |
| **WARDEN F. FIGUEROA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

Petitioner Onajite Tive-Denedo, a noncitizen proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE"). Doc. 1. Having reviewed the Petition *sua sponte* under Rules 2(a) and 4 of the Rules Governing Section 2254 Cases in the United States District Courts,[1] the Court will add two party respondents.

## I. Adding Party Respondents

"The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is 'the person who has custody over the petitioner.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004). Here, Petitioner names the Warden of Diamondback Correctional Facility where he is detained, as the sole Respondent.

---

[1] The Court may apply the Rules Governing 28 U.S.C. § 2254 Cases to habeas petitions arising under 28 U.S.C. § 2241. *See* Rule 1(b) of the Rules Governing Section 2254 Cases; *Boutwell v. Keating*, 399 F.3d 1203, 1210 n. 2 (10th Cir. 2005) (confirming that a district court "acted within its discretion by applying the Section 2254 Rules to this § 2241 petition" and citing Rule 1(b)).

However, recognizing that only a federal official—not a state or private prison warden—can release an immigration detainee, courts have found it proper to add as respondents, in addition to the named physical custodian, certain federal officials responsible for overseeing immigration detention decisions and facilities. *See*, *e.g.*, *Sanchez v. Warden Diamondback Corr. Facility*, No. CIV-26-318-SLP, Doc. 7 (W.D. Okla. Feb. 23, 2026) (adding the Attorney General and DHS Secretary as federal party respondents to an immigration detainee's § 2241 petition); *Lanivska v. Warden, Otero Cnty. Processing Ctr.*, No. 26-CV-0044, 2026 WL 105901, at *1 (D.N.M. Jan. 14, 2026) (same). Accordingly, the proper party respondents to respond to the Petition here should also include the Attorney General of the United States and the Secretary of Homeland Security.

## II. Conclusion

For the foregoing reasons, the Court **ORDERS** that the Clerk of Court add Todd Blanche, Attorney General of the United States, and Markwayne Mullin, Secretary of Homeland Security, as party respondents in this action.

**IT IS SO ORDERED** this 16th day of September, 2026.

Chris M. Stephens

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE